Commonwealth ex rel. Brockman, Appellant, *v.* Russell.

Submitted November 8, 1965. *Chester Brockman,* appellant, in propria persona; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Brouchkie, Appellant, *v.* Russell.

Submitted November 8, 1965. *Paul Peter Brouchkie,* appellant, in propria persona; *William F. Caruthers,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Brown, Appellant, *v.* Maroney.

Argued November 9, 1965. *Kenneth J. Yablonski,* for appellant; *Arnold W. Hirsch,* First Assistant District Attorney, with him *Harold V. Fergus,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.